STATE of Missouri, Respondent,

v.

Eugenia DYER, Appellant.

WD78859

Missouri Court of Appeals,
Western District.

ORDER FILED: OCTOBER 4, 2016

Casey A. Taylor, Columbia, MO, Counsel for Appellant

Colette Neuner, Jefferson City, MO, Counsel for Respondent

Before Division One: Anthony Rex Gabbert, P.J., Thomas H. Newton, and Alok Ahuja, JJ.

## ORDER

Per Curiam:

Eugenia Dyer appeals from a judgment entered upon a jury verdict convicting her of one count of the class A felony of domestic assault in the first degree, Section 565.072, RSMo Cum. Supp. 2012, one count of the class A felony of assault in the first degree, Section 565.050, RSMo 2000, and two counts of armed criminal action, Section 571.015, RSMo 2000. We affirm. Rule 30.25(b).